Alan E. Ferguson
CA Bar No. 103677
Attorney at Law
3200 4th Ave., Ste. 207
San Diego, CA 92103-5716
Tel.: 619-299-4999

Attorney for the Material Witness

FILED
2008 JUL -1 PM 3:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Nita L. Stormes)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Elsa Valenzuela-Arellano, et al., Defendant. | Criminal Case No. 08cr1573-DMS<br>Magistrate Case No. 08mj1282-NLS<br><br>ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of material witness, Catalina Mendoza-Quinones [A88-383-903], is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00 held in the Registry of the Court to the Surety. The current and correct address of the surety noted below is contained in the Financial Department records of this Court, as certified by the material witness attorney in the application filed herewith:

Surety Name: J. Jesus Canchola
S.S.# xxx-xx-x204

DATED: 7-1-08

[signature]
The Honorable Nita L. Stormes
United States Magistrate Judge